Susan St. .Vincent
Acting Legal Officer
Matthew McNease
Acting Legal Officer
NATIONAL PARK SERVICE
Law Enforcement Office
P.O. Box 517
Yosemite, California   95389
Telephone: (209) 372-0241

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Docket 6:12-mj-018-MJS |
| Plaintiff, | ORDER FOR PRODUCTION OF DOCUMENTS |
| v. | |
| GERALD ROESSLER, | Court: U.S. District Court - Yosemite |
| Defendant. | Judge: Honorable Michael J. Seng |

Upon consideration of Defendant's applications and the points and authorities filed and argued by both parties, and good cause appearing, IT IS HEREBY ORDERED that Plaintiff and its proposed expert witness TIMOTHY A. APPEL, Office of the Attorney General, 1300 I Street, Sacramento, California, 95814-2919, shall produce the following to Defendant not later than February 19, 2013 :

1. Any and all writings and recordings (as defined in Federal Rules of Evidence, Rule 1001) reflecting work done by, and/or written or recorded  materials considered by, Timothy Appel in preparing for his testimony in this case; and,

2. Any and all writings and recordings (as defined in Federal Rules of Evidence, Rule 1001) reflecting the effect of consumption of marijuana or cannabis on driving of automobiles but only if any such writings or

1

recordings will be relied upon or referenced by said Timothy Appel as a basis for any opinion he intends to express in this case.

Further, IT IS ORDERED, that Plaintiff and the Office of the said Attorney General shall arrange a time convenient to them and the Court, but not later than February 19, 2013, for the Court to review *in camera* the California Department of Justice personnel file pertaining to its employee Timothy Appel.

IT IS SO ORDERED.

Dated:   February 6, 2013           /s/ *Michael J. Seng*
                                    UNITED STATES MAGISTRATE JUDGE